

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00997-CV

**IN RE SA STRUCTURAL REPAIR SOLUTIONS, LLC A/K/A OLSHAN FOUNDATION SOLUTIONS**

Original Proceeding[1]

PER CURIAM

Sitting: Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Lori I. Valenzuela, Justice

Delivered and Filed: December 13, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On November 13, 2023, relator filed a petition for writ of mandamus and an emergency motion to stay a discovery order from the underlying proceeding pending our final resolution of the petition for writ of mandamus. On November 20, 2023, we issued an order granting relator's emergency motion to stay in part and requested responses from real parties in interest and the trial court. On December 1, 2023, relator filed an unopposed motion to dismiss its petition for writ of mandamus as moot. We grant the motion, lift the stay, and dismiss the petition as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022CI00994, styled *Tuan Thanh Truong and Lieu N. Truong v. SA Structural Repair Solutions, LLC a/k/a Olshan Foundation Solutions*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.